UNITED STATES DISTRICT COURT
*Western District of Tennessee*

FILED BY ᴘᴏɴɢ  D.C.

05 JUL 26 PM 4: 22

United States of America

v.

Kathy Cook

**ORDER HOLDING PROBATIONER FOR REVOCATION HEARING**

Case Number: 03-20128-04-Ma

On July 26, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. At this hearing, the defendant WAIVED her right to a preliminary hearing. Stephen Hall, AUSA, representing the government, and Pam Hamrin, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Mays. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

_Diane K. Vescovo_
United States Magistrate Judge

Date: July 26, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

251

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 251 in case 2:03-CR-20128 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT