AO 245 S (Rev. 4/90)(W.D. TN rev.)   Judgment in a Criminal Case

Page 1 of 1

Case 2:03-cr-20128-SHM   Document 255   Filed 08/30/05   Page 1 of 2   PageID 303

# United States District Court
### Western District of Tennessee

FILED BY _____ D.C.

05 AUG 30 PM 5: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

Case Number CR  2:03CR20128-04-Ma

## KATHY L. COOK

## JUDGMENT AND COMMITMENT ORDER
## ON  REVOCATION  OF  PROBATION  SUPERVISION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Kathy L. Cook, was represented by Ms. Pamela Hamrin.

It appearing that the defendant, who was sentenced in the above-styled cause by the Hon. Samuel H. Mays, Jr. on July 7, 2004, and  was placed on probation supervision for a period of two (2) years, has violated the terms of her supervision, it is hereby ORDERED and ADJUDGED that the defendant's probation be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months.

The defendant is remanded to the custody of the United States Marshal.

Signed this **30th** day of August, 2005.

_____
**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-6-05__

255

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 255 in case 2:03-CR-20128 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT